**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | **CASE NO. 1:08-CV-00006 (HL)** |
| | : | |
| **v** | : | |
| | : | |
| **ONE 2000 FORD MUSTANG,** | : | |
| **VIN: 1FAFP4043YF108837,** *et al.*, | : | |
| **Defendant Property,** | : | |
| | : | |
| **DARLENE SLAYMAKER,** | : | |
| **Claimant.** | : | |
| | : | |

## FINAL ORDER OF FORFEITURE

On January 10, 2008, Plaintiff filed a Verified Complaint for Forfeiture against the defendant property. The Complaint alleges that the defendant property was used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance, and/or constitutes proceeds traceable to money and/or other things of value furnished or intended to be furnished in exchange for a controlled substance, in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, *et seq.*, an offense punishable by more than one year's imprisonment, and is therefore, subject to forfeiture pursuant to Title 21, United States Code, Sections 881(a)(4) and (6). Pending now before the Court is the United States' Motion For Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1. Pursuant to a Warrant of Arrest this Court issued on January 10, 2008, an officer for the United States Marshal Service for the Middle District of Georgia arrested and

seized the defendant property on January 18, 2008.

2.    The United States perfected service of process of this action on potential claimants including Tammy Storey Clanton, Jennifer Hannington, Michael Dean Slaymaker, Darlene Slaymaker ("D. Slaymaker"), Henry Poulit, and Primus Financial Services.

3.    The United States published notice of this action in the <u>Albany Herald</u> on February 15, 2008, February 22, 2008, and February 29, 2008.  In addition, the United States also published notice of this action on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 6, 2008.

4.    On February 1, 2008, D. Slaymaker, through her counsel of record, W. Edward Meeks Jr., Esq., filed an Answer in this action, asserting D. Slaymaker's interest in the defendant property.

5.    On June 10, 2008, D. Slaymaker, through her counsel, filed a Motion to Withdraw her Answer voluntarily waiving any right or claim to the defendant property.

6.    As of the date of filing of this motion, no other persons or entities have filed a claim and answer in this action and the time for filing claims and answers has now expired.

7.    Plaintiff had probable cause to commence this action against and to seek forfeiture of the defendant property.

**THEREFORE, IT IS HEREBY ORDERED THAT**:

All right, title, and interest in the defendant property is hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

SO ORDERED, this 24th day of June, 2008.



s/  *Hugh Lawson*
HUGH LAWSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT

PREPARED BY:

s/DONALD L. JOHSTONO
ASSISTANT UNITED STATES ATTORNEY
GEORGIA BAR NO. 397015